UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAHSAY YOHANES,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR, and

BLANCH,

                Respondents.

Case No. 2:26-cv-02312-TMC

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT

## I.    ORDER

This matter comes before the Court on its own review of the record. Petitioner seeks a writ of habeas corpus ordering their release from the Northwest Immigration and Customs Enforcement Processing Center (NWIPC) or a bond hearing. Dkt. 1. But Petitioner's current custodian, the warden of NWIPC, is not named as a respondent. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

This means that the Court cannot review Petitioner's claims unless they include the warden as a respondent. The Court therefore ORDERS:

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 1

1. No later than July 23, 2026, if Petitioner wants to continue pursuing this case, Petitioner must file an amended petition that adds the warden as one of the respondents. If Petitioner is unaware of the warden's name, they may simply include "Warden, Northwest Immigration and Customs Enforcement Processing Center" as the respondent to their amended petition.

2. The clerk's office will enter a scheduling order once an amended petition is received.

The Court will not take any further action on the habeas petition until an amended petition is filed naming the proper respondent(s). If the deadline passes and no amended petition is filed, the Court will dismiss the case without prejudice, which means that Petitioner may file it again later.

Dated this 2nd day of July, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 2