UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAHSAY YOHANES,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR, et al.,

Respondent.

Case No. 2:26-cv-02312-TMC

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is self-represented petitioner Kahsay Yohanes' petition for writ of habeas corpus. Dkt. 6. He petitions the Court under 28 U.S.C. § 2241 for relief from physical custody, arguing that his detention has become indefinite in violation of the Immigration and Nationality Act ("INA") and that he is entitled to release or a bond hearing. Dkt. 6 at 2.

Mr. Yohanes is an Eritrean national who is currently detained at the Northwest Immigration and Customs Enforcement Processing Center. Dkt. 10 ¶¶ 4, 15. On June 20, 2026, Mr. Yohanes became subject to a final order of removal. *Id.* ¶ 12. On August 12, 2026, the government provided Mr. Yohanes a Notice of Imminent Removal, informing him that his removal from the United States is expected to occur in August 2026. Dkt. 12-1.

Mr. Yohanes' detention does not violate the INA as construed in *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) (holding that the "presumptively reasonable" period for detention following a removal order is six months). Under 8 U.S.C. § 1231(a)(1)(A), the government is to remove Mr. Yohanes "within a period of 90 days" after an order of removal becomes final. During this "period," which ends on September 18, 2026, 8 U.S.C. § 1231(a)(2)(A) requires Mr. Yohanes' detention. Because his detention during this period is not unlawful or indefinitely prolonged, the petition for writ of habeas corpus is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 13th day of August, 2026.

Tiffany M. Cartwright
United States District Judge